April 9, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

TEXAS DEPARTMENT OF INSURANCE, DIVISION OF WORKERS'
COMPENSATION, Appellant

NO. 14-15-00264-CV                            V.

LINDA GREEN, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on March 2, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Texas Department of Insurance, Division of Workers' Compensation.

We further order this decision certified below for observance.